UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| AMBER GOLSBY, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| Plaintiff, | |
| | Case No.: 1:13-CV-00470 JTC |
| vs. | |
| AUDUBON FINANCIAL BUREAU, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND ADAM D. MARCH, INDIVIDUALLY, | |
| Defendants. | |

_____

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties hereto, as well as the respective parties hereto, that no party is an infant, incompetent person for whom a committee has been appointed or conservatee, that no person not a party has an interest in the subject matter of the action, and that the above-captioned action is hereby dismissed with prejudice against defendant Adam D. March, individually, without costs to either party as against the other.

Dated:  New York, New York          Dated:  Buffalo, New York
        October 8, 2013                     October 8, 2013

**FREDRICK SCHULMAN & ASSOCIATES**          **ZDARSKY, SAWICKI & AGOSTINELLI LLP**

By: /s/ Jacob J. Scheiner                   By: /s/ David E. Gutowski
    Jacob J. Scheiner, Esq.                     David E. Gutowski, Esq.
    *Attorney for Plaintiff*                    *Attorneys for Defendants*
    30 E. 29th Street                           404 Cathedral Place
    New York, New York 10016                    298 Main Street
    (212) 796-6053                              Buffalo, New York 14202
    Email: jscheiner@fshulmanlaw.com            (716) 855-3200
                                                Email: dgutowski@zsa.cc